**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Omar RODRIGUEZ–OCAMPO,**
**Defendant—Appellant.**

**No. 07–30466.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 10, 2008.

Scott Kerin Fax, USPO–Office of the U.S. Attorney Mark O. Hatfield U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

Ellen C. Pitcher, Esq., Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Omar Rodriguez–Ocampo appeals from the 30–month sentence imposed following his guilty-plea conviction for illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rodriguez–Ocampo contends that the district court erred by applying a 16–level enhancement for a prior crime of violence, pursuant to U.S.S.G. § 2L1.2(b)(1)(A), because he did not have a prior conviction for an aggravated felony. The district court did not err. The term "crime of violence" in § 2L1.2(b)(1)(A) is not limited to "aggravated felonies" as defined in 8 U.S.C. § 1101(a)(43), but also encompasses felony convictions as defined by the application notes to § 2L1.2. *See United States v. Pimentel–Flores*, 339 F.3d 959, 963 (9th Cir.2003).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.